**Order filed March 4, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01069-CV

_____

**TERRANCE MANN, EVELYN MANN AND MICHAEL HOOPER,**
**Appellants**

**V.**

**KENDALL HOME BUILDERS CONSTRUCTION PARTNERS I LTD,**
**Appellee**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-47169**

# O R D E R

This is an appeal from an order signed October 28, 2013, granting appellee's motion for Rule 13 sanctions. The clerk's record was filed January 14, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a final judgment,

specifically the order dismissing the case for want of prosecution signed on or about September 23, 2013.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 24, 2014,** containing the order dismissing the case for want of prosecution signed on or about September 23, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM